≈PROB 12C
( 12/04)

# UNITED STATES DISTRICT COURT
for
**District of Guam**


FILED
DISTRICT COURT OF GUAM
AUG 18 2005 9P
MARY L.M. MORAN
CLERK OF COURT

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shou Hua Wu          Case Number: CR 04-00018-001
Name of Sentencing Judicial Officer: Ronald S.W. Lew
Date of Original Sentence: August 26, 2004

Original Offense: Misuse of a Passport, 18 U.S.C. §1543.

Original Sentence: Time served (139 days) to be followed by a two year term of supervised release with conditions to include: that the drug testing condition is suspended based on the Court's determination that he poses a low risk of future substance abuse; comply with the standard conditions of supervised release as set forth by the U.S. Probation Office; pay a $100 special assessment fee; and that he be turned over to a duly authorized immigration official for deportation proceedings pursuant to 18 U.S.C. §3583(d), and with the established procedures provided by the Immigration and Naturalization Act under 8 U.S.C. §1101. As a further condition of supervised release, if ordered deported, the defendant shall remain outside of the United States and shall not re-enter the United States without the permission of the Attorney General. If deportation fails to occur and the defendant is pending any further immigration proceedings, he shall immediately report to the U.S. Probation Office to begin his term of supervised release.

Type of                    Supervised Release    Date Supervision Commenced:    August 26, 2004
Assistant U.S. Attorney:    Frederick A. Black    Defense Attorney:    Richard Arens

---

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.    Failure to appear to begin supervised release term on February 8, 2005.

**ORIGINAL**

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X] revoked.

    [ ] extended _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

*Please see attached Declaration in Support of Petition written by*
*U.S. Probation Officer Judy Anne L. Ocampo.*

| Reviewed by: | Reviewed by: | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|---|
| *(signature)* | *(signature)* | *(signature) Judy Anne L. Ocampo* |
| ROSSANNA VILLAGOMEZ-AGUON<br>U.S. Probation Officer<br>Supervision Unit Leader | FREDERICK A. BLACK<br>Assistant U.S. Attorney | JUDY ANNE L. OCAMPO<br>U.S. Probation Officer |
| Date: 8/19/05 | Date: 8-10-05 | Executed on: 8-5-05 |

THE COURT ORDERS:

[ ] No action.

[X] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other

RECEIVED
AUG 17 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

*(signature)*
~~Signature of Judicial Officer~~
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
8/18/2005
Date

# VIOLATION WORKSHEET

1. Defendant  **Shou Hua Wu**
2. Docket Number (Year-Sequence-Defendant No.)  04-000018-001
3. District/Office  Guam
4. Original Sentence Date  8 / 26 / 04
                       month / day / year

(If different than above):

5. Original District/Office  N/A
6. Original Docket Number (Year-Sequence-Defendant No.)  N/A
7. List each violation and determine the applicable grade (see §7B1.1(b))

| Violation(s) | Grade |
|---|---|
| • Failure to appear to begin supervision release term on February 8, 2005. | C |

8. Most Serious Grade of Violation (see §7B1.1(b))   **C**
9. Criminal History Category (see §7B1.4(a))   **I**
10. Range of Imprisonment (see §7B1.4(a))   **3 - 9 months**
11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

[X] (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

[ ] (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

[ ] (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

Mail documents to: United States Sentencing Commission, One Columbus Circle, N.E. Suite 2-500, Washington, D.C. 20002-8002 Attn: Document Control, Office of Monitoring

Case 1:04-cr-00018   Document 16   Filed 08/18/2005   Page 3 of 6

Defendant: Shou Hua Wu

12. **Unsatisfied Conditions of Original Sentence**

    List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (see §7B1.3(d)):

    Restitution ($)  N/A            Community Confinement  N/A

    Fine ($)  N/A                   Home Detention  N/A

    Other                           Intermittent Confinement  N/A

13. **Supervised Release**

    If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 (see §§7B1.3(g)(1)).

    Term:  N/A  to  N/A  years.

    If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment (see 18 U.S.C. §3583(e) and §7B1.3(g)(2)).

    Period of supervised release to be served following release from imprisonment:  **3 - 9 months**

14. **Departure**

    **List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:**

15. Official Detention Adjustment (see §7B1.3(e)):  _____ months  _____ days

Mail documents to: United States Sentencing Commission, One Columbus Circle, N.E. Suite 2-500, Washington, D.C. 20002-8002 Attn: Document Control, Office of Monitoring

Case 1:04-cr-00018  Document 16  Filed 08/18/2005  Page 4 of 6

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | USDC Cr. Cs. No. 04-00018-001 |
| Plaintiff, | ) ) ) | **DECLARATION IN SUPPORT OF PETITION** |
| vs. | ) ) | |
| SHOU HUA WU, | ) ) | |
| Defendant. | ) ) | |

**Re:** **Violation of Supervised Release Conditions; Warrant requested.**

I, U.S. Probation Officer Judy Anne L. Ocampo, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Shou Hua Wu, and in that capacity declare as follows:

Shou Hua Wu was sentenced on August 26, 2004 for Misuse of Passport, in violation of 18 U.S.C. §1543. He is alleged to have violated the following conditions of supervised release:

**Mandatory Condition:** *The defendant shall be turned over to a duly authorized immigration official for deportation proceedings pursuant to 18 U.S.C. §3583(d), and with the established procedures provided by the Immigration and Naturalization Act under 8 U.S.C. §1101. As a further condition of supervised release, if ordered deported, the defendant shall remain outside of the United States and shall not re-enter the United States without the permission of the Attorney General. If deportation fails to occur and the defendant is pending any further immigration proceedings, he shall immediately report to the U.S. Probation Office to begin her term of supervised release.*

On August 26, 2004, Shou Hua Wu was sentenced to time served (139 days) followed by a two year term of supervised release, and turned over to the custody of the Bureau of Immigration and Customs Enforcement (BICE). On March 11, 2005, the U.S. Probation Office received information that on February 8, 2005, Mr. Wu was granted asylum and released from the Department of Corrections. Mr. Wu has failed to report to the U.S. Probation Office to serve his term of supervised release. BICE has not been able to locate him and does not have any contact information.

**Recommendation**: This probation officer respectfully requests that the Court issue a Warrant for Shou Hua Wu in order to appear at a scheduled hearing to answer or show cause why his term of supervised release should not be revoked. It is also recommended that the District Court issue an order that the defendant's release term be tolled.

DECLARATION IN SUPPORT OF PETITION
Violation of Supervised Release Conditions; Warrant Requested
Re: WU, Shou Hua
USDC Cr. Cs. No. 04-00018-001
August 5, 2005
Page 2

Executed this 9th day of August 2005, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: *Judy Anne L. Ocampo*
JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Frederick A. Black, AUSA
 Richard P. Arens, Defense Counsel
 File