AO 442 (Rev. 10/03) Warrant for Arrest



# UNITED STATES DISTRICT COURT

District of ____GUAM____

U.S. MARSHAL GUAM RECEIVED
22 AUG 2005 14:00:01

UNITED STATES OF AMERICA

V.

SHOU HUA WU

**WARRANT FOR ARREST**

Case Number: CR-04-00018

**FILED**
DISTRICT COURT OF GUAM
JAN 22 2008
JEANNE G. QUINATA
Clerk of Court

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____SHOU HUA WU____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

**ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS SHOULD NOT BE REVOKED**

**(See attached Petition and Violation Report)**

in violation of Title ____18____ United States Code, Section(s) ____3583____

**VIRGINIA T. KILGORE**
Name of Issuing Officer

/s/ Virginia T. Kilgore
Signature of Issuing Officer

**DEPUTY CLERK**
Title of Issuing Officer

**AUGUST 19, 2005, HAGATNA, GUAM**
Date and Location

ORIGINAL

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Upper Tumon, Guam

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8·19·05 | TFO R I Quitcloclo | /s/ |
| DATE OF ARREST 1·22·08 | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____