# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-04-00018  DATE: January 23, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio  Electronically Recorded: 2:41:02 - 2:47:32
CSO: J. McDonald

**APPEARANCES:**

Defendant: Shou Hua Wo  Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Frederick A. Black  U.S. Agent:
U.S. Probation: Maria Cruz  U.S. Marshal: T. Muna/R. Manglona
Interpreter: Julia K. Berg  Language: Chinese

**PROCEEDINGS:** Initial Appearance re Petition for Revocation of Supervised Release
- Allegations stated by the Court.
- Court appoints Federal Public Defender nunc pro tunc to 1/23/2008
- Defendant admits to a grade C violation.
- Court to issue report and recommendation.
- Defendant to remain released.

NOTES: