# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00018 |
|---|---|
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **SHOU HUA WU,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to January 22, 2008.

**/s/ Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: Jan 23, 2008**